IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA PAUDA : <br> : <br> Plaintiff, : Civil Action No.: 2:14-cv-01418-LFR <br> : <br> vs. : JURY TRIAL DEMANDED <br> : <br> CONSUMER PORTFOLIO SERVICES, : <br> INC., and DOES 1 through 10, inclusive : <br> : <br> Defendant. : | |

### STIPULATION VACATING DEFAULT & FOR DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by and between both counsel for plaintiff, Cynthia Padua and defendant, Consumer Portfolio Services, Inc. that the default entered against defendant, Consumer Portfolio Services, Inc. on June 10, 2014, upon the application of plaintiff should be **VACATED** and, it is further stipulated and agreed that pursuant to Rule 41(a)(1)(A)(ii), plaintiff, Cynthia Padua and defendant, Consumer Portfolio Services, Inc., hereby stipulate and agree that Plaintiff's action against Consumer Portfolio Services, Inc. and Does 1 to 10, inclusive, is **DISMISSED, WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

By: /s/ *Michael A. Siddons*
Michael Alan Siddons, Esquire
(SBN 89018)
The Law Office of Michael Siddons
16 Front Street, P.O. Box 403
Media, PA 19603
P: (484) 614.6546
E: msiddons@siddonslaw.com
*Attorneys for Plaintiff*
*Cynthia Padua*

By: /s/ *Howard William Donahue, Jr.*
Howard W. Donahue, Jr., Esquire
(SBN 89401)
Lavin, O'Neil, Cedrone & Disipio
190 N. Independence Mall West
Suite 500 - 6th & Race Streets
Philadelphia, PA 19106
P: (215) 351-7903
E: hdonahue@lavin-law.com
*Attorneys for Defendant*
*Consumer Portfolio Services, Inc.*

Date: August 25, 2014

Date: August 25, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA PAUDA<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CONSUMER PORTFOLIO SERVICES,<br>INC., and DOES 1 through 10, inclusive<br><br>　　　　　　　Defendant. | Civil Action No.: 2:14-cv-01418-LFR<br><br>JURY TRIAL DEMANDED |

### PROPOSED ORDER VACATING DEFAULT & FOR DISMISSAL WITH PREJUDICE

Pursuant to Stipulation, it is **ORDERED** that the Default entered by the Clerk of this Court against defendant, Consumer Portfolio Services, Inc. on June 10, 2014, upon application of Plaintiff, is **VACATED** and that all claims of Plaintiff against defendants, Consumer Portfolio Services, Inc. and Does 1 to 10, inclusive, are **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees.

BY THE COURT:

_L/ Restrepo_
Honorable L. Felipe Restrepo, U.S.D.J.
9/2/14

1738282v1